GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

BRETT R. TOBIN                    9490-0
  btobin@goodsill.com
First Hawaiian Center
999 Bishop Street, Suite 1600
Honolulu, Hawaii  96813
Telephone:  (808) 547-5600
Facsimile:   (808) 547-5880

ERIC J. MAIERS (*Pro Hac Vice*)
  maierse@gtlaw.com
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-1036

Attorney for Defendants
LIVINGSOCIAL, INC. and GROUPON, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VINCENT KHOURY TYLOR,<br><br>        Plaintiff,<br><br>   vs.<br><br>LIVINGSOCIAL, INC., a Delaware Corporation; GROUPON, INC., a Delaware Corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE ASSOCIATIONS 1-10,<br><br>        Defendants. | CIVIL NO.  17-00438-JMS-KSC<br>(Copyright Infringement)<br><br>DEFENDANTS LIVINGSOCIAL, INC. AND GROUPON, INC.'S RULE 16 SCHEDULING CONFERENCE STATEMENT; CERTIFICATE OF SERVICE |

**DEFENDANTS LIVINGSOCIAL, INC. AND GROUPON, INC.'S
RULE 16 SCHEDULING CONFERENCE STATEMENT**

Defendants LIVINGSOCIAL, INC. and GROUPON, INC. (hereinafter "Defendants"), by and through their attorneys, Goodsill Anderson Quinn & Stifel LLP, hereby submit their Scheduling Conference Statement pursuant to Rule 16 of the Federal Rules of Civil Procedure, and Local Rule 16.2(b) of the Rules of the United States District Court for the District of Hawaii.

## I.  NATURE OF THE CASE

Plaintiff Vincent Khoury Tylor ("Plaintiff") is a photographer who displays his photographs on various websites. Defendants are Delaware corporations providing mobile and online marketing and commerce services.

Plaintiff alleges that two of his images appeared in posts on Defendants' webpages. Defendants deny any liability and have asserted defenses of non-infringement, DMCA safe harbor, unclean hands, and copyright misuse.

## II.  STATEMENT OF JURISDICTION AND VENUE

This Court has subject-matter jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. § 1331 ("The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States") and 28 U.S.C. § 1338(a) ("The district courts shall have original

jurisdiction of any civil action arising under any Act of Congress relating to patents, plant variety protection, copyrights and trademarks.").

Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(1) and (2).

## III. JURY TRIAL DEMAND

None of the parties has filed a Demand for Jury Trial.

## IV. DISCLOSURES

On November 21, 2017, counsel for the parties met and conferred via telephone conference call pursuant to Rule 26(f) of the Federal Rules of Civil Procedure. Pursuant to Rule 26(a)(1)(C) and the agreement of the parties, initial disclosures will be made no later than January 9, 2018.

## V. DISCOVERY AND MOTIONS

No discovery has yet been undertaken in this matter.

## VI. SPECIAL PROCEDURES

Based on the information to date, Defendants are unaware of the need for any special procedures.

## VII. STATEMENT OF RELATED CASES

Plaintiff previously filed suit against LivingSocial in this Court relating to alleged use of his images. *See Tylor v. LivingSocial, Inc.*, Civ. No. 13-00377 SOM-BMK.

Dated: Honolulu, Hawaii, December 8, 2017.

/s/ Brett R. Tobin
BRETT R. TOBIN

Attorney for Defendants
LIVINGSOCIAL, INC. AND
GROUPON, INC.