J. STEPHEN STREET          1573-0
Attorney At Law
134 Maono Place
Honolulu, Hawaii  96821
Telephone No.:     (808) 754-1647
Facsimile No.:     (888) 334-6499
E-mail:     jsstreet@ip-law-hawaii.com

DANE ANDERSON          9349-0
Attorney At Law, LLLC
P.O. Box #1621
Honolulu, Hawaii  96806
Telephone No.:     (808) 285-4760
E-mail:     dane@andersonlawhawaii.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VINCENT KHOURY TYLOR,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>LIVINGSOCIAL, INC., a Delaware Corporation; GROUPON, INC., a Delaware Corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE ASSOCIATIONS 1-10,<br><br>　　　　　　　Defendants.<br>_____ | CIVIL NO. 17-00438 JMS-KSC<br>(Copyright Infringement)<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii) F.R.C.P. AS TO ALL PARTIES AND ALL CLAIMS<br><br><br><br><br><br>No Trial Date Set<br>Judge: Hon. J. Michael Seabright |

# STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii) F.R.C.P. AS TO ALL PARTIES AND ALL CLAIMS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, due to settlement between and among Plaintiff VINCENT KHOURY TYLOR ("Plaintiff") and Defendants LIVINGSOCIAL, INC., a Delaware Corporation and GROUPON, INC., a Delaware Corporation (collectively "Defendants"), being all of the parties who have appeared in this action, Plaintiff and Defendants hereby stipulate, through their respective attorneys, to a dismissal with prejudice as to all claims against all parties alleged in the Complaint (Dkt. #1) filed in this action on August 31, 2017. Each party shall bear his/its own attorneys' fees and costs. This Stipulation is signed by counsel for Plaintiff and Defendants, being all the parties that have appeared in this action.

DATED: Honolulu, Hawai`i, February 1, 2018.

/s/ Dane Anderson
J. STEPHEN STREET
DANE ANDERSON
Attorneys for Plaintiff
VINCENT KHOURY TYLOR

DATED: Honolulu, Hawai`i, January 30, 2018.

/s/ Brett R. Tobin
BRETT R. TOBIN
Attorney for Defendants
LIVINGSOCIAL, INC.
GROUPON, INC.

APPROVED AS TO FORM.

DATED: Honolulu, Hawaii, February 1, 2018.



    /s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

_____
STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii) F.R.C.P. AS TO ALL PARTIES AND ALL CLAIMS; *Tylor v. LivingSocial, Inc., et al.*; CV17-00438 JMS-KSC.